UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   21-mj-06030-02 DEA

    vs.   :   ORDER APPOINTING FEDERAL
                                  PUBLIC DEFENDER

DOMINIC RICCI   :

The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown; it is on this 23rd day of July, 2021,

ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause, for the purposes of today's hearing, until further order of this court.

                                                              **DOUGLAS E. ARPERT**
                                                              United States Magistrate Judge

cc:   Federal Public Defender