## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 21-6030-01 (DEA) |
| | : | |
| DOMINIC RICCI | : | **ORDER FOR A CONTINUANCE** |

     This matter having come before the Court on the joint application of
Philip R. Sellinger, United States Attorney for the District of New Jersey
(by Eric A. Boden, Assistant United States Attorney), and defendant Dominic
Ricci (by Brian Reilly, Esq.), for an order granting a continuance of the
proceedings in the above-captioned matter from the date this Order is signed
through March 31, 2022, to permit defense counsel the reasonable time
necessary for effective preparation in this matter and to allow the parties to
discuss the matter and conduct plea negotiations in an effort to resolve the
case before grand jury proceedings and trial; and the defendant being aware
that he has the right to have the matter submitted to a grand jury within 30
days of the date of his arrest pursuant to Title 18, United States Code, Section
3161(b); and two prior continuances having been ordered by the Court on July
26, 2021, and November 2, 2021; and Standing Order 2021-11 issued by the
Chief Judge for the District of New Jersey on December 29, 2021, among other
directives, excluding certain delineated time under the Speedy Trial Act; and
the defendant, through his attorney, having consented to the continuance; and
for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     The parties anticipate entering into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2)     The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(3)     The defendant has consented to the aforementioned continuance;

(4)     The grant of a continuance will likely conserve judicial resources; and

(5)     As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this  28th day of January, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through March 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through March 31, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DOUGLES E. ARPERT
United States Magistrate Judge

Form and entry consented to:

Eric A. Boden
Assistant United States Attorney

Brian Reilly, Esq.
Counsel for Defendant Dominic Ricci

3