PROB 12B
(6/21)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Dominic Ricci                   Cr.: 21-06030M-002
                                                                                                              PACTS #: 7538711

Name of Sentencing Judicial Officer:   THE HONORABLE DOUGLAS E. ARPERT
                                                              UNITED STATES MAGISTRATE JUDGE

Date of Original Sentence: 11/03/2022

Original Offense:   Count One: Conspiring to Provide and To Attempt to Provide Prohibited Objects to Federal Inmates, 18 U.S.C. § 179(a)(1) [18 U.S.C. § 371], a Class A Misdemeanor

Original Sentence: 2 years probation

Special Conditions: Special Assessment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Place Restriction Area

Type of Supervision: Probation                                         Date Supervision Commenced: 11/03/2022

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☑   To modify the conditions of supervision as follows:

> **LOCATION MONITORING PROGRAM (3 months)**
>
> You must submit to the Location Monitoring Program as noted below for a period of 3 months:
>
> You must submit to a **Curfew** and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence every day for any given 12-hour period as directed by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The cost of the monitoring is waived.

### CAUSE

The U.S. Probation Office received information that on November 5, 2023, Mr. Ricci was observed by Franklin Township Police Department violating several traffic regulations. Subsequently, the officers attempted to conduct a motor vehicle stop on Mr. Ricci's vehicle; however, Mr. Ricci allegedly eluded officers by increasing his speed and turning of the lights to his motor vehicle. Mr. Ricci has been issued a summons for Resisting Arrest (NJS 2C:29-2B), a 2nd degree offense, coupled with several motor vehicle infractions.

On December 19, 2023, Mr. Ricci signed the enclosed Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, agreeing to a modification of his

Prob 12B – page 2
Dominic Ricci

conditions of supervised release to include three months of location monitoring. The U.S. Probation Office respectfully recommends that Your Honor agree to the modification as noted above.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KYLE E. WILLIAMS
U.S. Probation Officer

/ kew

APPROVED:

_____   12/21/23
ANTHONY M. STEVENS                   Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☒   The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐   No Action

☐   Other

_____ Douglas E. Arpert, USMJ
Signature of Judicial Officer

12/21/2023
Date