PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Dominic Ricci        Cr.: 21-06030M-002
       PACTS #: 7538711

Name of Sentencing Judicial Officer:    THE HONORABLE DOUGLAS E. ARPERT
       UNITED STATES MAGISTRATE JUDGE

Date of Original Sentence: 11/03/2022

Original Offense:    Count One: Conspiring to Provide and To Attempt to Provide Prohibited Objects to Federal Inmates, 18 U.S.C. § 179(a)(1) [18 U.S.C. § 371], a Class A Misdemeanor

Original Sentence: 2 years probation

Special Conditions: Special Assessment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Place Restriction Area, Location Monitoring Program

Type of Supervision: Probation        Date Supervision Commenced: 11/03/2022

## NONCOMPLIANCE SUMMARY

On November 5, 2023, the U.S. Probation Office received information about Mr. Ricci's violation of traffic regulations, leading to a summons. Considering his noncompliance, the U.S. Probation Office and Mr. Ricci mutually decided to modify the terms conditions of probation to include a period of location monitoring. As a result, on December 21, 2023, the Court approved and signed the Probation Office's request to modify the terms of probation, specifically to add a condition for 3-months of location monitoring. On December 28, 2023, Mr. Ricci commenced his sanction and was provided with a curfew. However, Mr. Ricci failed to return as scheduled or left without permission on the following dates:

On January 1, 2024, Mr. Ricci failed to adhere to his location monitoring schedule. He had a schedule approved to depart from his residence at 8 a.m. and return at 8p.m. However, Mr. Ricci failed to comply with his curfew. He returned to the residence at 10:48 p.m. on January 1, 2024.

On January 17, 2024, Mr. Ricci failed to adhere to his location monitoring schedule. He had a schedule approved to depart from his residence at 12 a.m. and return at 12 p.m. However, Mr. Ricci failed to comply with his curfew by returning at 2:17 a.m. Notably, he cited a head injury and provided medical documentation to the U.S. Probation Office.

On January 23, 2023, Mr. Ricci failed to adhere to his location monitoring schedule. He had a schedule approved to depart his residence at 12 a.m. and return at 12 p.m. However, Mr. Ricci failed to comply with his curfew by returning at 2:36 a.m. Mr. Ricci stated his stepbrother had been in a major car accident, resulting in hospitalization at Jefferson Hospital in Washington Township. He informed the U.S. Probation Office that his delayed return home was due to his brother's accident.

Prob 12A – page 2
Dominic Ricci

U.S. Probation Officer Action:

Mr. Ricci was verbally reprimanded for the above-noted infractions. This noncompliance report will serve as a written reprimand and will be provided to him. At this time, we are not recommending any court action be taken. The U.S. Probation Office will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KYLE E. WILLIAMS
U.S. Probation Officer

/ kew

APPROVED:

_____   2/1/24
ANTHONY M. STEVENS                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time and This Notice to Serve as a Formal Written Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

Feb. 1, 2024
Date